FILED

2024 Feb-02  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SEAN WATTSON, et al., individually and on behalf of the class,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **v.** | ) | **2:21-CV-649-AMM** |
| | ) | |
| **TOWN OF BROOKSIDE, ALABAMA, et al.,** | ) | **(Lead Case)** |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **COREY THOMAS; et al., on behalf of himself and those similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **v.** | ) | **2:22-cv-157-AMM** |
| | ) | |
| **THE TOWN OF BROOKSIDE, ALABAMA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **BRITTANY COLEMAN; et al., on behalf of herself and those similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **v.** | ) | **2:22-cv-423-AMM** |
| | ) | |
| **THE TOWN OF BROOKSIDE, ALABAMA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO SEVER CLAIM AND TO WITHDRAW

1

Undersigned counsel hereby move this Court, pursuant to Fed. R. Civ. P. 21, for an Order severing claims of Sean Wattson from the other plaintiffs in this case, and for withdrawal from the representation of Mr. Wattson. As grounds for this Motion, Counsel states the following.

1. Counsel undertook the representation of Mr. Wattson shortly before the filing of his action in May of 2021. Doc. 1.

2. Mr. Wattson's case was ultimately consolidated with the case of Thomas v. Town of Brookside, Civil Action No. 2:22-cv-00157-AMM. Doc. 40.

3. Irreconcilable differences have arisen between Plaintiff Wattson and Plaintiff's Counsel. Plaintiff Wattson and Counsel have vastly different views regarding the scope of the litigation, and over what claims should be pursued, making it impossible to work together.

4. The only way to solve this issue and for Plaintiffs' counsel to continue to represent the remaining plaintiffs in the case is to sever Ms. Wattson's claims, and then to allow him to proceed with new counsel.

5. This Motion and course of action will have no effect on the remaining plaintiffs, namely plaintiffs Todd, Harris, Crawford, Kilgore, and Jones.

6. Mr. Wattson has been informed in writing of this Motion at his last known contact point, and that we have requested that he be given ninety (90) days to secure new counsel.

Wherefore, for the reasons stated herein, Plaintiffs' Counsel requests the following:

1) That Mr. Wattson's claim in the Consolidated Amended Class Action Complaint be severed from the claims of the remaining plaintiffs;

2) That Mr. Wattson be given ninety (90) days to secure new counsel in the case, and to proceed as he wishes; and

3) That undersigned counsel be withdrawn as counsel for Mr. Wattson.

2

Respectfully submitted.

*/s/ Brian M. Clark*
Brian M. Clark
Attorney for Plaintiffs

**OF COUNSEL:**
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
bclark@wigginschilds.com

/s/ J. Mark White
J. Mark White
Attorney for Plaintiffs

**OF COUNSEL**
WHITE ARNOLD & DOWD PC
2025 Third Avenue North
Birmingham, Alabama 35203
Email: mwhite@whitearnolddowd.com

/s/ Allan Armstrong
Allan Armstrong
Attorney for Plaintiffs

**OF COUNSEL**
ARMSTRONG LAW CENTER, LLC
The Berry Building
2820 Columbiana Road
Vestavia Hills, Alabama  35216
Birmingham, Alabama 35203
Email:  armstrong.atty@gmail.com

/s/ Darrell Cartwright
Darrell Cartwright
Attorney for Plaintiffs

**OF COUNSEL**
CARTWRIGHT LAW CENTER
Post Office Box 383204
Birmingham, Alabama  35238
Email:  dcartwright@gmail.com

3

/s/ Bill Baxley
Bill Baxley
Attorney for Plaintiffs

**<u>OF COUNSEL</u>**
BAXLEY JACKSON LAW FIRM
300 Vestavia Parkway, Ste. 3200
Vestavia Hills, Alabama 35216
Email: bill@baxleyjackson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Jaba Tsitsuashvili
Samuel B. Gedge
Suranjan Sen
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
Email: jtsitsuashvili@ij.org; sgedge@ij.org; ssen@ij.org

William R. Maurer
INSTITUTE FOR JUSTICE
600 University Street, Suite 1730
Seattle, WA 98101
Phone: (206) 957-1300
Email: wmaurer@ij.org

William M. Dawson
DAWSON LAW OFFICE
1736 Oxmoor Road, #101
Birmingham, AL 35209
Phone: (205) 795-3512
Email: bill@billdawsonlaw.com

James W. Porter, II
R. Warren Kinney
Porter, Porter & Hassinger, P.C.
880 Montclair Road, Suite 175
Birmingham, AL 35213
jwporterii@pphlaw.net
wkinney@pphlaw.net

Jay Tidwell
Tidwell Law Group, LLC
2001 Park Place N. Ste 253
Birmingham, AL 35203
Email: jay@tidwelllawgroup.com
Phone: 205-536-7770
Fax:    205-536-9211

*/s/ Brian M. Clark*
Of Counsel